**Electronically Filed
Supreme Court
SCWC-10-0000026
04-JAN-2012
02:56 PM**

SCWC-10-0000026

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

PFLUEGER PROPERTIES; PILAʻA 400, LLC,
Respondents/Plaintiffs-Appellees,

vs.

ESTATE OF BENJAMIN B. CASSIDAY,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000026; S.P. NO. 10-1-0227)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ., and
Circuit Judge Garibaldi, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant Estate of Benjamin B.
Cassiday's Application for Writ of Certiorari filed on November
28, 2011, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 4, 2012.

Richard Wilson for
Petitioner/Defendant-
Appellant, on the
application

Joachim Cox and Robert
Fricke for Respondents/
Plaintiffs-Appellees on the
response

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Colette Y. Garibaldi

